**HI MOUNTAIN JERKY, INC., Appellant,**

v.

**WESTERN SIZZLIN CORPORATION, Appellee.**

No. 2008–1280.

United States Court of Appeals, Federal Circuit.

May 30, 2008.

### ON MOTION

### *ORDER*

Upon consideration of Hi Mountain Jerky, Inc.'s motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**NEKTAR THERAPEUTICS, Appellant,**

v.

**QUADRANT DRUG DELIVERY LTD., Appellee.**

No. 2008–1285.

United States Court of Appeals, Federal Circuit.

May 30, 2008.

### ON MOTION

### *ORDER*

Nektar Therapeutics moves to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Nektar Therapeutics's motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.